

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00100-CV

**JOSHUA AREY AND ROGINA KIMMONS,**

**Appellants**

 **v.**

**THE SHIPMAN AGENCY, INC.,**

**Appellee**

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 17-002869-CV-85**

## O R D E R

Appellants' Amended Motion for Extension of Time to File Notice of Interlocutory

Appeal is granted. Accordingly, appellants' notice of appeal was timely filed with the

trial court on March 20, 2018.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed March 28, 2018

